■ THE PEOPLE OF THE STATE OF NEW YORK, by ELIOT SPITZER, as Attorney General of State of New York, Respondent, v RICHARD J. DAME, Individually and Doing Business as PRECISION ROOFING CO., Appellant. (Appeal No. 4.) [735 NYS2d 444] —Judgment unanimously affirmed without costs. Same Memorandum as in People v Dame ([appeal No. 3] 289 AD2d 996 [decided herewith]). (Appeal from Judgment of Supreme Court, Onondaga County, Murphy, J.—Restitution and Penalties.) Present—Pigott, Jr., P. J., Hayes, Wisner, Scudder and Burns, JJ.